**Edverta COLEMAN, Appellant,**

v.

**BOARD OF POLICE COMMISSIONERS, Respondent.**

**No. WD 50043.**

Missouri Court of Appeals, Western District.

May 2, 1995.

Charles S. Scott, Jr., Kansas City, for appellant.

Dennis E. Lee, Asst. City Atty., Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM.

Appeal from Labor and Industrial Relations Commission's award denying Edverta Coleman's Workers' Compensation Claim.

Judgment affirmed. Rule 84.16(b).